EDWIN F. COBURN vs. CHARLES H. NEAL, and another.

Franklin.    Opinion January 24, 1901.

*Payment.    Mistake.*

A voluntary payment made under a mistake of law cannot be recovered back.
See *Neal* v. *Coburn*, 92 Maine, 139.

AGREED STATEMENT.

The case appears in the opinion.

*H. L. Whitcomb*, for plaintiff.

*F. W. Butler*, for defendants.

SITTING:   WISWELL, C. J., EMERY, STROUT, SAVAGE, FOGLER,
JJ.

SAVAGE, J.    The facts in this case are fully stated in *Neal* v.
*Coburn*, 92 Maine, 139.

The plaintiff indorsed a forged check to the defendants.    The
defendants indorsed it to others, and it was subsequently paid by
the drawee bank and charged by it to its depositor, the alleged
drawer.    After payment, the forgery was discovered.    Then the
check was returned through the several parties through whose
hands it had previously passed, until it came to the defendants,
who, upon demand, took it up and paid for it.    The defendants
then offered to return the check to the plaintiff and demanded
repayment of the amount paid by them.    The plaintiff agreed
to pay the whole amount, and did pay one hundred dollars.
Having successfully resisted suit for the balance unpaid (*Neal* v.
*Coburn*, supra,) the plaintiff now seeks to recover back the one
hundred dollars which he did pay.    Can he do it?    We think not.

As held in *Neal* v. *Coburn*, the plaintiff was under no legal
obligation to pay the one hundred dollars and his promise to pay
the balance of the check was without consideration.    But the
plaintiff evidently supposed that he was legally liable to pay.    He

misapprehended the law, and that mistake led him to pay voluntarily. A voluntary payment, however, made under a mistake of law cannot be recovered back. *Norton* v. *Marden*, 15 Maine, 45; *Norris* v. *Blethen*, 19 Maine, 348; *Fellows* v. *School District, No. 8 in Fayette*, 39 Maine, 559; *Livermore* v. *Peru*, 55 Maine, 469; *Bragdon* v. *Freedom*, 84 Maine, 431; *Parker* v. *Lancaster*, 84 Maine, 512. According to the stipulation, the entry must be,

*Plaintiff nonsuit.*